The Honorable  James  L. Robart

UNITED  STATES  DISTRICT  COURT  FOR THE
WESTERN  DISTRICT  OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED  STATES  OF AMERICA,<br><br>              Plaintiff,<br><br>        v.<br><br>VICKI BOSER,<br><br>              Defendant. | NO. CR20-194 JLR<br><br>PROTECTIVE  ORDER |

Upon the unopposed  motion  of the United  States, and the Court being  advised  as to the nature of this case, it is hereby:

ORDERED  that pursuant  to Rule  16(d)(1), Federal  Rules of Criminal  Procedure, counsel of record for DEFENDANT  shall  not provide  DEFENDANT  or any other person with copies  of, or allow  the review  of, any discovery  material  produced  by the government  which is designated  as "Protected  Material"  because  it contains:

(a) personal  identifying  information  of any individual,  including  without limitation,  any individual's  date of birth, social  security  number, current address, telephone  number, email  address, driver's  license  number, professional  license  number, or family  members'  names ("Personal Information")  unless  it belongs  to the individual  defendant;  or

United States v. Boser, CR20-194 JLR
Protective Order - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    (b) financial information of any individual (other than the defendant) or

2    business, including without limitation, bank account numbers, credit or debit

3    card numbers, account passwords, account names and contact information,

4    account history, account balances, account statements, or taxpayer

5    identification numbers ("Financial Information") unless it belongs to the

6    defendant.

7    Notwithstanding the foregoing, defense counsel may provide discovery to

8 defendant if:

9    (a) The defense team first redacts the material described above from the discovery

10    material; or

11    (b) The defense team personally supervises defendant's review of the unredacted

12    material. In such cases, defendant shall not be permitted to make any notes or

13    other record of Personal Information or Financial Information.

14    IT IS FURTHER ORDERED that, subject to the restrictions above, neither

15 defense counsel nor defendant shall provide any unredacted discovery material produced

16 by the government to any person without the government's express written permission,

17 except that defense counsel may provide discovery material to those persons who are

18 necessary to assist counsel of record in preparation for trial or other proceedings and who

19 agree to be bound by the terms of this Protective Order.

20    DATED this 3rd day of December, 2020.

21

22

                _____

23                JAMES L. ROBART

                United States District Judge

24

25

26 Presented by:

27 *s/Lyndsie R. Schmalz*

    LYNDSIE R. SCHMALZ

28 Assistant United States Attorney

United States v. Boser, CR20-194 JLR
Protective Order - 2