Honorable James Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-194 JLR |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| VICKI BOSER, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The court has considered the unopposed defense motion, pursuant to 18 USC § 3161 *et. seq.*, to vacate the trial date and motion filing deadline and to schedule a status hearing at which a trial date would be scheduled. For the reasons set forth therein, the court finds that the parties have exercised and are exercising due diligence in the discovery and trial preparation process, within the meaning of 18 USC § 3161(h)(7)(B), and that the requested continuance would promote substantial justice.

The court further finds, pursuant to 18 USC § 3161(h)(7)(A), that the ends of justice served by a continuance outweigh the interests of the public and the defendant in a speedy trial in this matter. This is based on the further finding that the failure to grant the requested continuance would likely result in a miscarriage of justice and, also, that it would deny defense counsel the reasonable time

necessary for effective preparation, even assuming the exercise of due diligence. 18 USC §3161(h)(7)(B)(i) and (iv).

The trial date of January 21, 2021, and the motion deadline of December 4, 2020, are stricken. At a status hearing set for **January 4, 2021 at 10:30 a.m.**, the court will schedule a new trial date and motion filing deadline.

Dated this 4th day of December, 2020.

_____
JAMES L. ROBART
U.S. District Judge

Presented by:


/s/ Michael Nance, WSBA #13933
Defense Attorney