The Honorable Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>VICKI BOSER,<br><br>                Defendant. | NO. CR20-0194JLR<br><br>MINUTE ORDER<br>SETTING STATUS HEARING |

The clerk issues the following minute order by the authority of the Honorable James L. Robart, United States District Court Judge.

Having considered the record in this matter, and pursuant to the court's order of December 4, 2020 (Dkt. # 15), and General Order 15-20 for the Western District of Washington, the Court previously found the trial date of January 19, 2021, could not proceed as scheduled, and the ends of justice served by granting a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

On December 30, 2020, Chief United States District Judge Ricardo S. Martinez entered General Order 18-20, which extended the procedures established by General Order 15-20 until March 31, 2021, and continued all criminal in-person hearings and trial dates in

1  the Seattle and Tacoma courthouses scheduled to occur before March 31, 2021.
2      Accordingly, the trial date in this matter remains vacated and another status hearing is
3  set for **April 5, 2021, at 2:30 p.m.**  The purpose of the status conference will be to discuss a
4  date on which the trial can be scheduled and take place without any potential impact on the
5  health of all participants or the community.
6      IT IS FURTHER ORDERED that, pursuant to General Order 18-20, the time between
7  January 4, 2021, and March 31, 2021 is excludable under the Speedy Trial Act, as the Court
8  finds that the ends of justice served by ordering the continuances outweigh the best interests
9  of the public and any defendant's right to a speedy trial, pursuant to 18 U.S.C.
10 §3161(h)(7)(A).

12     DATED this 5th day of January, 2021.

14     WILLIAM M. McCOOL,
15     Clerk of the Court

16     */s/ Ashleigh Drecktrah*
17     Deputy Clerk to Hon. James L. Robart

MINUTE ORDER SETTING STATUS HEARING