Honorable James Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-197 JLR |
| Plaintiff, | ) | |
| v. | ) | ORDER SETTING NEW REPORTING DATE |
| VICKI BOSER, | ) | |
| Defendant. | ) | |

The court has considered the Unopposed Defense Motion for a Second Extension of Reporting Date to Designated BOP Facility. Good cause having been shown, the court directs that the deadline by which defendant shall report to the designated BOP facility is extended to May 31, 2022.

Dated this 16th day of February, 2022.

JAMES L. ROBART
U.S. District Judge

Presented by:

/s/ Michael Nance, WSBA #13933
Defense Attorney