Honorable James Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-197 JLR |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER SETTING NEW REPORTING DATE |
| VICKI BOSER, | ) | |
| Defendant. | ) ) | |

The court has considered the Emergency Defense Motion for a Third Extension of Reporting Date to Designated BOP Facility and the Government's response. Good cause having been shown, the court directs that the deadline by which defendant shall report to the designated BOP facility is extended to July 15, 2022.

Dated this 27th day of May, 2022.

_____
JAMES L. ROBART
U.S. District Judge

Presented by:

/s/ Michael Nance, WSBA #13933
Defense Attorney