Honorable James Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR20-194 JLR |
| Plaintiff, ) | |
| ) | (~~Proposed~~) ORDER PERMITTING |
| ) | SEALED FILING OF DEFENSE |
| ) | STATUS MEMORANDUM |
| ) | |
| v. ) | |
| ) | |
| VICKI BOSER, ) | |
| Defendant. ) | |
| ) | |

The court, having considered the defense motion to file its Status Memorandum on BOP Reporting under seal, and good cause having been shown, grants the motion.

Dated this 27 day of June, 2022.

JAMES L. ROBART
U.S. District Judge

Presented by:

/s/ Michael Nance, WSBA #13933
Defense Attorney