The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> VICKI BOSER, <br><br> Defendant. | NO. CR20-194 JLR <br><br> FOURTH ORDER SETTING NEW REPORTING DATE |

After having considered the Defense Status Memorandum on BOP Reporting and information presented during the status hearing held June 28, 2022, the Court finds that good cause has been shown and directs that the deadline by which the defendant shall report to the designated BOP facility is extended to September 26, 2022.

DATED this 29th day of June, 2020.

/s/ James L. Robart

JAMES L. ROBART
United States District Judge

Presented by:

*s/Lyndsie R. Schmalz*
LYNDSIE R. SCHMALZ
Assistant United States Attorney

*United States v. Boser*, CR20-194 JLR
Fourth Order Setting New Reporting Date - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970